GLAMORGAN, The (UNITED STATES v.). See Case No. 15 214.

## Case No. 5,473.
### GLANCY v. MOORE.
[Nowhere reported; opinion not now accessible.]